# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| PERFECTVISION MANUFACTURING, INC. | PLAINTIFF/COUNTER-DEFENDANT |
| v. | No. 4:18-cv-670-DPM |
| HIGHLANDS DIVERSIFIED SERVICES, INC. | DEFENDANT/COUNTER-CLAIMANT |

## JUDGMENT

Based on the parties' stipulation, all claims and counterclaims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 August 2019